UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANI KESHTGARPOUR,

      Plaintiff,                              Case No. 17-cv-12917
                                           Hon. Matthew F. Leitman

v.

HENRY FORD HEALTH SYSTEM,
*et al.*,

      Defendants.
_____/

## ORDER DENYING REQUEST FOR SERVICE
## BY U.S. MARSHAL (ECF #3)

On September 6, 2017, Plaintiff Mani Keshtgarpour ("Plaintiff") filed a complaint against Defendants Henry Ford Health System and David B. Lee. (*See* ECF #1.) At the same time, Plaintiff paid the $400 filing fee. (*Id.*) Plaintiff requests that the summons and complaint be served by the U.S. Marshal. (*See* ECF #3.)

Plaintiff has not filed an application to proceed without prepayment of costs or fees in this matter, nor has Plaintiff shown that an entitlement to service by the U.S. Marshal. Accordingly, Plaintiff's request for service by the U.S. Marshal is **DENIED WITHOUT PREJUDICE**.

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: September 19, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 19, 2017, by electronic means and/or ordinary mail.

Holly A. Monda
Case Manager
(810) 341-9764